```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON LOGAN, et al.            :        CIVIL ACTION
                                 :
         v.                      :
                                 :
ALLSTATE PROPERTY & CASUALTY     :        NO. 25-1207
INSURANCE COMPANY                :
```

ORDER

AND NOW, this 8th day of May, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Allstate Property and Casualty Insurance Company "to dismiss plaintiffs' bad faith claim in the amended complaint pursuant to Federal Rule 12(b)(6)" (Doc. # 15) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                    J.